IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AFFINITY SNACK FOOD COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3086 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MATTHEW HEADLEY HOLDINGS, LLC. | ) | ORDER |
| d/b/a HEARTLAND SNACKS, | ) | |
| | ) | |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by May 16, 2005, file their Report of Parties' Planning Conference.

DATED    April 29, 2005

/s/ David L. Piester
United States Magistrate Judge