```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| AFFINITY SNACK FOOD COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3086 |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW HEADLEY HOLDINGS, | ) | ORDER |
| LLC, d/b/a HEARTLAND SNACKS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The joint oral motion of the parties is granted and the deadline for filing the parties' Rule 26 planning conference report is extended to May 23, 2005.

DATED this 16th day of May, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge