```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| AFFINITY SNACK FOOD COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3086 |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW HEADLEY HOLDINGS, | ) | MEMORANDUM AND ORDER |
| LLC, d/b/a HEARTLAND SNACKS, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for the defendant has advised the court that due to an on-going trial, the defendant needs additional time to prepare and/or review the its portion of the parties' Rule 26 planning conference report, currently due to be filed on May 23, 2005. The defendant has requested a one-week extension for filing this report. The plaintiff does not object.

IT THEREFORE HEREBY IS ORDERED: The defendant's unopposed oral motion for a one-week extension of the deadline for filing the parties' Rule 26 planning conference report is granted. The parties' Rule 26 planning conference report shall be filed on or before May 31, 2005.

DATED this 23rd day of May, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge