IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AFFINITY SNACK FOOD COMPANY, ) | Case Number:   4:05CV3086 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | REASSIGNMENT ORDER |
| ) | |
| MATTHEW HEADLEY HOLDINGS, L.L.C., ) | |
| ) | |
| Defendant. ) | |

The Clerk's office has not received a Consent to Exercise of Jurisdiction by United States Magistrate Judge form signed by all parties.  Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Richard G. Kopf for disposition and to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

DATED this 25th day of May, 2005.

BY THE COURT:

s/ Joseph F. Bataillon, Chief Judge
United States District Court