```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA

AFFINITY SNACK FOOD COMPANY,    )
                                )
            Plaintiff,          )        4:05CV3086
                                )
      v.                        )
                                )
MATTHEW HEADLEY HOLDINGS,       )           ORDER
LLC, d/b/a Heartland Snacks,    )
                                )
            Defendant.          )
```

After a telephone conference with counsel this date,

IT IS ORDERED,

The Rule 26 telephone planning conference is postponed from today to August 25, 2005 at 3:30 p.m. Plaintiff's counsel shall place the call.

DATED this 8th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge