```
        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| AFFINITY SNACK FOOD COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3086 |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW HEADLEY HOLDINGS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's motion for stay pending appeal, filing 30, is granted.

DATED this 1st day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge