```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

AFFINITY SNACK FOOD COMPANY,    )
                                )
             Plaintiff,         )         4:05CV3086
                                )
        v.                      )
                                )
MATTHEW HEADLEY HOLDINGS,       )         ORDER
LLC, d/b/a HEARTLAND SNACKS,    )
                                )
             Defendant.         )
```

IT IS ORDERED:

A telephone conference with the undersigned magistrate judge will be held on October 27, 2005 at 9:30 a.m. for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. Plaintiff's counsel shall initiate the call.

DATED this 5th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge