IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AFFINITY SNACK FOOD COMPANY, ) ) | |
| Plaintiff, ) ) | 4:05CV3086 |
| v. ) ) | |
| MATTHEW HEADLEY HOLDINGS, ) LLC, d/b/a HEARTLAND SNACKS, ) ) | ORDER |
| Defendant. ) | |

IT IS ORDERED:

Plaintiff's unopposed oral motion for continuance is granted and the telephone conference with the undersigned magistrate judge that was set for October 27, 2005 for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial is continued to November 2, 2005 at 2:00 p.m.  Plaintiff's counsel shall initiate the call.

DATED this 6th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge