IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AFFINITY SNACK FOOD COMPANY, | ) | Case No.: 4:05CV3086 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF JUDGMENT |
| | ) | |
| MATTHEW HEADLEY HOLDINGS, | ) | |
| L.L.C. d/b/a HEARTLAND SNACKS, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court upon the Confession to Judgment executed by the defendant, Matthew Headley Holdings, L.L.C. d/b/a Heartland Snacks and assented to by the plaintiff, Affinity Snack Food Company [Filing #43], wherein the defendant has confessed judgment in favor of the plaintiff.  After reviewing the court file and receiving the Confession to Judgment, the Court finds as follows:

    A.    The Court has jurisdiction over the parties to this matter.

    B.    The defendant has executed a Confession to Judgment, the terms of which are hereby accepted by the Court.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that judgment be and the same is hereby entered in favor of the plaintiff, Affinity Snack Food Company, and against the defendant, Matthew Headley Holdings, L.L.C. d/b/a Heartland Snacks, in the amount of One Hundred Fifty Thousand and No/100 Dollars ($150,000.00), plus interest at the legal rate until the judgment is paid in full.

Entered this 28th day of March, 2006.

BY THE COURT

s/ *Richard G. Kopf*
District Judge

L0684341.wpd